Adolph Jablinowsky, Respondent, v. Adolph Yokel, Appellant.— Appeal from a judgment of the Municipal Court, fourth district, in favor of the plaintiff, for $77.50 damages and interest, with $17.50 costs and extra costs, making $95. Rosenthal & Rochmovitz, for appellant, Leopold W. Harburger, for respondent. Judgment affirmed, with costs. No opinion.

Julius Lassere, Appellant, v. Bertha Stein, Respondent — Appeal from an order of the General Term of the City Court, affirming an order of the Special Term of the City Court, denying a motion to punish the respondent herein, for a contempt of court. Ira Leo Bamberger, for appellant, David Salomon, for respondent. Order of General Term and Special Term affirmed with costs to respondent. No opinion

Julia Kreizer, Respondent, v. Emanuel Frey, Appellant. Appeal from judgments in favor of the plaintiff, rendered in the Municipal Court of the city of New York, borough of Manhattan, seventh district. Warren Leslie, for appellant, Fromme Brothers, for respondent. Judgment in each action affirmed, with costs to the respondent. No opinion.